In the Matter of FRANK O. BAUER, as Treasurer of Rochester State Hospital, Appellant. THOMAS S. BYRNE, Respondent.—

Present —

Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.